THE STATE OF OHIO, APPELLEE, *v.* TURNER, APPELLANT.

[Cite as *State v. Turner,* 132 Ohio St.3d 89, 2012-Ohio-2203.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2011-1261—Submitted May 9, 2012—Decided May 23, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 95438, 2011-Ohio-2785.

_____

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

_____

William Mason, Cuyahoga County Prosecuting Attorney, and Matthew E. Meyer, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant.

_____